UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Aditi Parmar<br>　　Applicant/ Plaintiff<br><br>V.<br><br>Pamela Bondi, Attorney General;<br>Kristi Noem, Director of U.S.<br>Department of Homeland Security<br>U.S. Citizenship and Immigration<br>Services; Federal Bureau of<br>Investigation<br>　　Respondents/Defendants | Civil Action No. 1:25-CV-11516-LTS<br><br>PLAINTIFF'S ORIGINAL COMPLAINT<br>FOR WRIT IN THE NATURE OF<br>MANDAMUS AND VIOLATION OF<br>THE ADMINISTRATIVE<br>PROCEDURES ACT<br><br>A#: 204 987 584 |

PLAINTIFF'S MOTION TO DISMISS ORIGINAL COMPLAINT FOR
WRIT IN THE NATURE OF MANDAMUS AND VIOLATION OF THE
ADMINISTRATIVE PROCEDURES ACT

1. On May 28, 2025, the plaintiff initiated this action by filing a complaint for a Writ of Mandamus and an Action in claiming Violation of the Administrative Procedures Act due to the defendant's failure to act for almost a year and a half on a for which the Plaintiff had requested through counsel on numerous occasions to follow up with no response exhausting all remedies.

2. After that point, even after notifying both the State Department and INS of the problem, nothing was resolved and all remedies having been exhausted, with her fingerprints even being applied to her case for almost one year, this case was filed requesting action.

3. However, the plaintiff through counsel contacted the assistant attorney general's office who, worked diligently with her to get some answers, and now the Plaintiff has received her Lawful Permanent Resident Card.

WHEREFORE, the Plaintiff respectfully prays that this honorable Court enter an order dismissing this case.

Respectfully submitted,

_____
Seth D. Miller
Attorney for Plaintiff
Miller & Associates, P.C.
100 Copeland Drive, Suite 100
Mansfield, MA 02048
(508) 339-1155
(508) 339-1255 facsimile
seth@millerandassociateslaw.com
(BBO# 629773)