**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Aditi Parmar**

Plaintiff,

CIVIL ACTION NO. 1:25-11516-LTS

V.

**Pamela Bondi et al**

Defendants.

## ORDER OF DISMISSAL

Sorokin, D. J.

In accordance with the Court's ORDER ON MOTION TO DISMISS, Dkt, No. 7, dated August 8, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

8/8/2025
Date

/s/ Flaviana de Oliveira
Deputy Clerk